# United States District Court
# For The Western District of North Carolina
# Statesville Division

JOSE YSABEL BENITEZ-CORREA,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                       CASE NO. 5:06CV105-2-V

UNITED STATES OF AMERICA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2006, Order.

                                                             FRANK G. JOHNS, CLERK

August 29, 2006

                                        BY:   s/Carolyn Bouchard
                                                       Carolyn Bouchard, Deputy Clerk